# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
January 31, 2011

In re:
    Edward J. Arnold
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–0741
                                Debtor.

Case Number: 10–11398 cab
Chapter: 7

## NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **SCHEDULED** for **February 22, 2011 at 10:00 AM** at the following location:

    **U.S. Bankruptcy Court – Burlington**
    **Federal Building**
    **11 Elmwood Avenue, 2nd Floor**
    **Burlington, VT**

to show cause why this case should not be dismissed for failure to act upon the following matters:

    Failure To Pay Final Installment Payment of $74.00 by 1/28/2011. Re: [7] Order on Motion to Pay Filing Fees in Installments.

Dated: January 31, 2011

For the Court

*Thomas J. Hart*
Thomas J. Hart
Clerk of Court

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 209 – pso

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D.. Please, no cell phones or other electronic devices in the courthouse.

# CERTIFICATE OF NOTICE

```
District/off: 0210-5          User: pso              Page 1 of 1              Date Rcvd: Jan 31, 2011
Case: 10-11398                Form ID: 209           Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 02, 2011.
db          +Edward J. Arnold,   78 Grinka Farm Drive,   Readsboro, VT 05350-9644

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2011**                     **Signature:** _Joseph Speetjens_